IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC. and <br> UNILOC LUXEMBOURG, S.A., | § § § | Civil Action No. |
| Plaintiffs, | § § | |
| v. | § § | PATENT CASE |
| LG ELECTRONICS U.S.A., INC., <br> LG ELECTRONICS MOBILECOMM <br> U.S.A. INC. AND <br> LG ELECTRONICS, INC., | § § § § § | |
| Defendant. | § § | JURY TRIAL DEMANDED |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiffs, Uniloc USA, Inc. ("Uniloc USA") and Uniloc Luxembourg, S.A. ("Uniloc Luxembourg") (together, "Uniloc"), for their complaint against defendants LG Electronics U.S.A., Inc. ("LGE USA"), LG Electronics Mobilecomm U.S.A., Inc. ("LGE Mobilecomm"), and LG Electronics, Inc., ("LG Korea") (collectively, "LG"), allege as follows:

**THE PARTIES**

1.      Uniloc USA is a Texas corporation having a principal place of business at Legacy Town Center I, Suite 380, 7160 Dallas Parkway, Plano Texas 75024.  Uniloc USA also maintains a place of business at 102 N. College, Suite 603, Tyler, Texas 75702.

2.      Uniloc Luxembourg is a Luxembourg public limited liability company having a principal place of business at 15, Rue Edward Steichen, 4th Floor, L-2540, Luxembourg (R.C.S. Luxembourg B159161).

3. LGE USA is a Delaware corporation having a regular and established place of business at 2151-2155 Eagle Parkway, Fort Worth, Texas 76177.  LGE USA offers its products and/or services, including those accused herein of infringement, to customers and potential customers located in Texas and in the judicial Northern District of Texas. LGE USA may be served with process through its registered agent for service in Texas: United States Corporation Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701.

4. LGE Mobilecomm is a California corporation having a regular and established place of business in San Diego, California. LGE Mobilecomm offers its products and/or services, including those accused herein of infringement, to customers and potential customers located in Texas and in the judicial Northern District of Texas.

5. LG Korea is a corporation organized under the laws of Korea with a principal place of business at LG Twin Tower 128, Yeoui-daero, Yeongdeungpo-gu, Seoul, Korea. LG Korea is in the business of manufacturing and selling electronic goods, including cellular telephones, tablets, laptops and televisions.

## JURISDICTION

6. Uniloc brings this action for patent infringement under the patent laws of the United States, 35 U.S.C. § 271, *et seq.*  This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331, and 1338(a).

## COUNT I
(INFRINGEMENT OF U.S. PATENT NO. 7,020,106)

7. Uniloc incorporates paragraphs 1-6 above by reference.

8. Uniloc Luxembourg is the owner, by assignment, of U.S. Patent No. 7,020,106 ("the '106 Patent"), entitled RADIO COMMUNICATION SYSTEM, which issued on March 28, 2006.  A copy of the '106 Patent is attached as Exhibit A.

9. Uniloc USA is the exclusive licensee of the '106 Patent, with ownership of all substantial rights, including the right to grant sublicenses, to exclude others, and to enforce and recover past damages for infringement.

10. LG imports, offers for sale, and sells in the United States numerous electronic devices implementing Bluetooth Core Specification v. 3.0 and above, including: (1) smartphones, such as LG V30, LG V30+, LG Aristo 2, LG Tribute Dynasty, LG X charge, LG Q6, LG G6+, LG G6, LG Rebel 3, LG Fiesta 2, LG V20, LG Wine, LG X venture, LG Stylo 3, LG Stylo 3 Plus Titan, LG Stylo 3 Plus, LG Tribute HD, LG Rebel 2, LG Fiesta, LG K20 plus, LG Grace, LG K3, LG Stylo, LG phoenix 3, LG Risio 2, LG K8, LG Stylo 2 V, LG K20, LG K20 V, LG Exalt, LG Aristo, LG G5, LG Stylo 2, LG Fortune, LG X power, LG K10, LG G Vista, LG Escape 3, LG Stylo 2 Plus, LG Classic, LG Rebel, LG Treasure, LG X style, LG Premier, LG K7, LG G4, LG K4, LG Optimus Zone 3, LG K8 V, LG Phoenix 2, LG Tribute 5, LG V10, Tribute 5, Nexus 5X, LG Spree, LG G Vista 2, LG Leon, LG Escape 2, LG Sunrise L15G, LG Lucky, G Flex 2, LG Destiny, LG Sunset, LG Power, LG Access, G Flex, LG Volt 2, LG G Stylo, LG Lancet, LG Tribute 2, LG Logos, LG Transpyre, LG Optimus F60, LG G3, LG Ultimate 2, LG Tribute, LG G3 Vigor, LG Realm, LG Optimus L70, LG F90, LG Volt, LG Optimus Fuel, LG Lucid 3, LG Optimus L90, LG Optimus Zone 2, LG Optimus F3Q, LG F7, LG Nexus 5, LG G2, LG Optimus F6, LG Enact, LG Optimus Quest, LG Optimus F3, LG Optimus F7, LG Optimus F5, Optimus G Pro, Lucid 2, LG Nexus 4, LG Optimus REGARD, LG Mach, LG Optimus G, LG Escape, LG Spectrum 2, LG Intuition, LG Motion 4G, LG Freedom II, LG Wine III, LG Exalt, LG Optimus L9, LG Rumor Reflex S, LG Optimus Exceed, LG Optimus Zone, LG Optimus Dynamic, LG Spirit, LG Optimus Quest, LG Optimus Ultimate, LG Optimus Extreme, LG Optimus Logic, LG Freedom, LG Optimus Select, LG Venice, LG

Splendor, LG Optimus Zip, LG Denali, LG Optimus Plus, Optimus Elite, LG Rumor Reflex, LG Elite, LG Viper, LG Optimus M+, LG Lucid, LG Optimus Showtime, LG Nitro, LG Spectrum, LG Marquee, LG Connect, LG Extravert, LG Optimus Net, LG Optimus Q, LG LG85C, LG Optimus 2, LG Ignite, LG myTouch Q, LG myTouch, LG DoublePlay, Optimus Slider, LG Esteem, LG Enlighten, LG Revolution, LG Wine 4, LG Terra, LG Exalt II, LG Extravert 2, LG laptops such as, , LG-13Z980-A.AAS5U1, 13Z980-A.AAS7U1, 13Z980-U.AAW5U1, 14Z980-A.AAS7U1, 14Z980-U.AAW5U1, 15Z980-U.AAS5U1, 15Z980-A.AAS7U1, 15Z980-A.AAS8U1, 15Z980-R.AAS9U1, 13Z970-A.AAS5U1, 13Z970-U.AAW5U1, 14Z970-A.AAS5U1, 14Z970-A.AAS7U1, 15Z970-A.AAS7U1, 15Z970-U.AAS5U1, 15Z975-A.AAS7U1, 13Z975-A.AAS7U1, 15Z975-A.AAS5U1, LG wireless speakers such as, , 4.1 ch Sound Bar Surround System with Wireless Surround Sound Speakers, 2.1 ch High Resolution Audio Sound Bar, 7.1ch 700W Wi-Fi Streaming Array Sound Bar with Wireless Subwoofer, NP8540 Music Flow H5 Wireless Speaker, NP8340 Music Flow H3 Wireless Speaker, NP7550 20W 2.0ch P7 Music Flow Portable Speaker, LAS851M 4.1ch 320W Music Flow Wi-Fi Streaming Sound Bar with Wireless Subwoofer, LAS751M 4.1ch 360W Music Flow Wi-Fi Streaming Sound Bar with Wireless Subwoofer, NP8740 Music Flow H7 Wi-Fi Streaming Speaker, NP5550B Music Flow P5 Portable Bluetooth Speaker, LAS855M 4.1ch 360W Music Flow Wireless Curved Sound Bar with Wireless Subwoofer, NP8350B Music Flow H4 Wi-Fi Streaming Portable Speaker, SoloG Portable Bluetooth Speaker, ZeroG Levitating Portable Bluetooth Speaker with Subwoofer, LOUDR Portable Hi-Fi Speaker System with Bluetooth Connectivity, NP7550 20W 2.0ch P7 Music Flow Portable Speaker, PBS-C510 LG Sound360 Bluetooth® Speaker, NP5550B Music Flow P5 Portable Bluetooth Speaker, NP8350B Music Flow H4 Wi-Fi Streaming Portable Speaker, SJ4R 4.1 ch Sound Bar Surround System with

Wireless Surround Sound Speakers, LAS475B 2.1ch 300W Sound Bar with Wireless Subwoofer and Bluetooth® Connectivity, SJ9 5.1.2 ch High Resolution Audio Sound Bar with Dolby Atmos, SJC8 4.1 ch High Resolution Audio Sound Bar, SJ8 4.1 ch High Resolution Audio Sound Bar, SJ7 Sound Bar Flex with Wireless Subwoofer, SJ6B 2.1 ch High Resolution Audio Sound Bar, SJ5Y-S 2.1 ch High Resolution Audio Sound Bar, SJ4Y-S 2.1 ch High Resolution Audio Sound Bar, SH7B 360W 4.1ch Music Flow Wi-Fi Streaming Sound Bar with Wireless Subwoofer, SH2 100W 2.1ch Sound Bar with Bluetooth® Connectivity, LASC47 2.1 ch High Resolution Audio Sound Bar, LASC27 100W 2.0 ch Sound Bar with Bluetooth® Connectivity, LAS260B 100W 2.0 ch Sound Bar with Bluetooth® Connectivity, SJ2 160W 2.1ch Sound Bar with Bluetooth® Connectivity, SJ4Y 2.1 ch High Resolution Audio Sound Bar, SH5B 320W 2.1ch Sound Bar with Wireless Subwoofer and Bluetooth® Connectivity, SH4 2.1ch 300W Sound Bar with Wireless Subwoofer and Bluetooth® Connectivity, SH6 4.0ch Music Flow Wi-Fi Streaming Sound Bar with Dual Bass Ports, SH3K 2.1ch 300W Soundbar with Wireless Subwoofer, LAS950M 7.1ch 700W Wi-Fi Streaming Array Sound Bar with Wireless Subwoofer, HF85JA Ultra Short Throw Laser Smart Home Theater Projector, PH30JG HD LED Portable MiniBeam Projector w/ up to 4 hour battery life, HF80JA Laser Smart Home Theater Projector, PF1000UW Ultra Short Throw LED Home Theater Projector with webOS Smart TV and Magic Remote, PF1500W LED Home Theater Projector with webOS Smart TV and Magic Remote, PH450UG Ultra Short Throw LED Projector with Embedded Battery, PW1500 1500 Lumen Minibeam LED Projector With Screen Share and Bluetooth Sound Out, PH550 Minibeam LED Projector with Built-In Battery, Bluetooth Sound Out and Screen Share, PH150G LED Projector with Embedded Battery and Screen Share, PV150G Minibeam LED Projector with Embedded Battery, PF1000UA Ultra Short Throw LED Home Theater Projector

with Digital TV Tuner, PH450U Ultra Short Throw LED Projector with Embedded Battery and Digital TV Tuner, and PH150B Portable HD LED Projector (collectively "Accused Infringing Devices").

11. A plurality of Accused Infringing Devices comprised of at least a first device and a second device wherein the first devices uses a transceiver to transmit information to the second device at a Basic Rate/Enhanced Data Rate (BR/EDR) in accordance with the Bluetooth 3.0 + HS or higher specification and the slave device transmits information to the master device.

12. In the Accused Infringing Devices, the BR/EDR radio is used to perform discovery, association, connection establishment and connection maintenance.

13. The Accused Infringing Products can also communicate with each other via an Alternate MAC/PHY (AMP) physical link and using WiFi (such as IEEE 802.11).

14. Once a connection has been established between a pair of Accused Infringing Devices using BR/EDR, the first device can discover whether the second device has a common AMP and cause transmission of data traffic to be moved from BR/EDR to AMP controller(s).

15. LG has infringed, and continues to infringe, at least claims 15-17 of the '106 Patent in the United States, by offering for sale, selling and/or importing the Accused Infringing Devices in violation of 35 U.S.C. § 271(a).

16. LG has also infringed, and continues to infringe, at least claims 15-17 of the '106 Patent by actively inducing others to use, offer for sale, and sell the Accused Infringing Devices. LG's customers who use those devices in accordance with LG's instructions infringe at least claims 15-17 of the '106 Patent, in violation of 35 U.S.C. § 271(a). LG intentionally directly and/or indirectly instructs its customers to infringe through training videos, demonstrations, brochures, installation and user guides, such as those located at one or more of the following:

- www.lg.com

- http://www.lg.com/us/support/manuals-documents

- http://www.lg.com/us/support-mobile/lg-VS987-Silver

LG is thereby liable for infringement of the '106 Patent under 35 U.S.C. § 271(b).

17. LG has also infringed, and continues to infringe, at least claims 15-17 of the '106 patent by offering to commercially distribute, commercially distributing, or importing the Accused Infringing Devices which devices are used in practicing the processes, or using the systems, of the '106 patent, and constitute a material part of the invention.  LG knows portions of the software contained in the Accused Infringing Devices to be especially made or especially adapted for use in infringement of the '106 patent, not a staple article or commodity of commerce suitable for substantial noninfringing use.  LG is thereby liable for infringement of the '106 Patent under 35 U.S.C. § 271(c).

18. LG will have been on notice of the '106 Patent since, at the latest, the service of this complaint upon it.  By the time of trial, LG will have known and intended (since receiving such notice) that its continued actions would actively induce and contribute to the infringement of at least claims 15-17 of the '106 Patent.

19. LG may have infringed the '106 Patent through other software and devices utilizing the same or reasonably similar functionality, including other versions of the Accused Infringing Products.

20. Uniloc has been damaged by LG's infringement of the '106 Patent.

**PRAYER FOR RELIEF**

Uniloc requests that the Court enter judgment against LG:

(A)   declaring that LG has infringed the '106 Patent;

  (B)  awarding Uniloc its damages suffered as a result of LG's infringement of the '106 Patent;

  (C)  awarding Uniloc its costs, attorneys' fees, expenses, and interest, and

  (D)  granting Uniloc such further relief as the Court finds appropriate.

## **DEMAND FOR JURY TRIAL**

Uniloc demands trial by jury, under Fed. R. Civ. P. 38.

Date: March 9, 2018                            Respectfully submitted,


                                               */s/ Edward R. Nelson III*
                                               James J. Foster
                                               Massachusetts State Bar No. 553285
                                               Kevin Gannon
                                               Massachusetts State Bar No. 640931
                                               Aaron Jacobs
                                               Massachusetts State Bar No. 677545
                                               **PRINCE LOBEL TYE LLP**
                                               One International Place, Suite 3700
                                               Boston, MA 02110
                                               Tel: (617) 456-8000
                                               Email: jfoster@princelobel.com
                                               Email: kgannon@princelobel.com
                                               Email: ajacobs@princelobel.com

                                               Edward R. Nelson III
                                               ed@nbafirm.com
                                               Texas State Bar No. 00797142
                                               Anthony M. Vecchione
                                               anthony@nbafirm.com
                                               Texas State Bar No. 24061270
                                               **NELSON BUMGARDNER ALBRITTON P.C.**
                                               3131 West 7th Street, Suite 300
                                               Fort Worth, TX 76107
                                               Tel: (817) 377-9111
                                               Fax: (817) 377-3485

                                               **ATTORNEYS FOR THE PLAINTIFFS**