United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNILOC USA INC, et al., | Case No. 18-cv-06737-JST |
| Plaintiffs, | |
| v. | **ORDER ADMINISTRATIVELY TERMINATING MOTIONS** |
| LG ELECTRONICS U.S.A. INC., et al., | Re: ECF Nos. 87, 90 |
| Defendants. | |
| UNILOC USA INC, et al., | Case No. 18-cv-06739-JST |
| Plaintiffs, | |
| v. | |
| LG ELECTRONICS U.S.A. INC., et al., | Re: ECF Nos. 67, 80 |
| Defendants. | |
| UNILOC USA INC, et al., | Case No. 18-cv-06740-JST |
| Plaintiffs, | |
| v. | |
| LG ELECTRONICS U.S.A. INC., et al., | Re: ECF Nos. 79, 82 |
| Defendants. | |

This case has been stayed pending inter partes review.  All pending motions are hereby administratively terminated.  If the stay is lifted prior to the termination of this case, the parties shall file a request for case management conference to discuss further proceedings, including

/ / /

/ / /

/ / /

which, if any, of the administratively terminated motions should be restored to the calendar.  The

request shall be filed within 14 days of the lifting of the stay.

**IT IS SO ORDERED.**

Dated: August 23, 2019



_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California